**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JOY CORCIONE, *et al*., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. G-14-160 |
| | § | |
| METHODIST HOSPITAL, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Defendant Methodist Hospital filed an Expedited Motion for Extension of Time to Respond to Plaintiff's Expedited Motion to Conditionally Certify Collective Action and Authorize Notice. Methodist Hospital seeks an extension of up to 30 days after deposing each of the plaintiffs who has opted in at this stage. (Docket Entry No. 12). The plaintiffs responded, opposing such extensive discovery and such an open-ended extension. (Docket Entry No. 13).

Methodist Hospital's motion is granted in part and denied in part. Methodist Hospital may take the depositions of two of the four opt-in plaintiffs. The depositions must be completed by **July 25, 2014**. Methodist Hospital's response to the certification motion must be filed by **August 8, 2014**.

SIGNED on July 10, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge