IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOY CORCIONE, *et al.* | § § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. G-14-160 |
| METHODIST HOSPITAL, | § § § | |
| Defendant. | § § | |

## ORDER

The plaintiff's motion for expedited hearing, (Docket Entry No. 49), is granted. By Wednesday, December 10, 2014, Methodist Hospital must respond to the motion for protective order, sanctions, and corrective notice. A hearing on the motion is set for **7:30 a.m on Monday, December 15, 2014,** in Courtroom 11-B.

SIGNED on December 4, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge