IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOY CORCIONE, *et al.*, | § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. G-14-160 |
| METHODIST HOSPITAL, | § § § | |
| Defendant. | § | |

## ORDER

Methodist Hospital's unopposed motion to continue the December 15, 2014 hearing on the plaintiff's motion for protective order, sanctions, and corrective notice, is granted. The hearing on the motion is reset for 9:00 a.m. on Tuesday, December 16, 2014, in Courtroom 11-B.

SIGNED on December 12, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge