**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **JOY CORCIONE, *et al.*,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 3:14-cv-160** |
| | § | |
| **METHODIST HOSPITAL D/B/A** | § | **JURY TRIAL DEMANDED** |
| **HOUSTON METHODIST, HOUSTON** | § | |
| **METHODIST HOSPITAL, HOUSTON** | § | |
| **METHODIST–TEXAS MEDICAL** | § | |
| **CENTER, METHODIST HOSPITAL–** | § | |
| **HOUSTON, METHODIST HOSPITAL–** | § | |
| **TEXAS MEDICAL CENTER, AND** | § | |
| **METHODIST HOSPITAL SYSTEM,** | § | |
| | § | |
| **Defendant.** | | |

## JOINT MOTION TO FILE JOINT MOTION FOR SETTLEMENT APPROVAL UNDER SEAL

Plaintiffs Joy Corcione, et al. and Defendant Methodist Hospital file this Joint Motion to File the Parties' Joint Motion for Settlement Approval Under Seal, and respectfully state as follows:

Plaintiff Joy Corcione filed this action on May 9, 2014, seeking unpaid wages under the Fair Labor Standards Act of 1938, as amended ("FLSA"), 29 U.S.C. § 201 *et seq.* The case was conditionally certified as a collective action, with Plaintiffs seeking unpaid overtime wages, liquidated damages, and attorneys' fees and costs.

The Parties have reached a resolution of this matter and have entered into a confidential Settlement Agreement. Because Plaintiffs' claims arise under the

FLSA, the Settlement Agreement requires Court approval in order for the settlement to become effective.

The parties' Joint Motion for Settlement Approval is being filed simultaneously with this Motion. Because the Joint Motion for Settlement Approval and its exhibits, including a copy of the Parties' Settlement Agreement, contain confidential information, and specifically information implicating the confidentiality provisions of the settlement, the Parties request that the Motion and its exhibits, including the Settlement Agreement, be filed under seal.

The filing of the Joint Motion for Settlement Approval with accompanying Settlement Agreement is necessary in order to allow the final resolution of this matter.

WHEREFORE, the Parties respectfully request that the Court grant this Joint Motion to File the Parties' Joint Motion for Settlement Approval Under Seal.

Dated:  June 16, 2016                           Respectfully submitted,


*/s/ Galvin B. Kennedy *by permission*          */s/ G. Mark Jodon*
Galvin B. Kennedy                               G. Mark Jodon
Texas State Bar No. 00796870                    Texas State Bar No. 10669400
Federal Bar No. 20791                           Federal Bar No. 6052
KENNEDY HODGES, L.L.P.                           LITTLER MENDELSON, P.C.
711 West Alabama St.                            1301 McKinney, Suite 1900
Houston, Texas 77006                            Houston, TX  77010
Telephone: (713) 523-0001                       Telephone:  (713) 951-9400
Facsimile: (713) 523-1116                       Facsimile:  (713) 951-9212
gkennedy@KennedyHodges.com                      mjodon@littler.com

ATTORNEYS FOR PLAINTIFFS                         ATTORNEYS FOR DEFENDANT



## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on all parties pursuant to the Southern District of Texas ECF on June 16, 2016.

                                    */s/ Kevin Little*
                                    Kevin Little

3