United States District Court
Southern District of Texas
**ENTERED**
June 24, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| JOY CORCIONE, Individually, and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>METHODIST HOSPITAL D/B/A HOUSTON METHODIST, HOUSTON METHODIST HOSPITAL, HOUSTON METHODIST-TEXAS MEDICAL CENTER, METHODIST HOSPITAL-HOUSTON, METHODIST HOSPITAL-TEXAS MEDICAL CENTER, AND METHODIST HOSPITAL SYSTEM,<br><br>Defendant. | NO. 3:14-CV-160 |

ORDER

On this day, the Court considered the Parties' Joint Motion for Settlement Approval. Having reviewed the parties' Motion, the Court is of the opinion that the Motion should be GRANTED. It is therefore ORDERED that:

1. The Parties' Settlement Agreement is APPROVED as a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act;

2. The amounts to be paid to the Plaintiffs in accordance with the Settlement Agreement and Exhibit A thereto are APPROVED;

3. The request for attorneys' fees at 40% of the gross settlement fund plus costs as set forth in the Settlement Agreement and Exhibit A thereto are APPROVED as fair and reasonable. Costs may be paid immediately, and the attorneys' fees will be paid

on the following schedule: 50 percent of the fees will be disbursed upon proof (i.e., endorsement of settlement check with accompanying release) that 50 percent of Plaintiffs have received payment; an additional 25 percent to be disbursed upon proof that 75 percent of Plaintiffs have received payment; and the remainder to be determined based upon a status update which the Parties will submit to the Court within 60 days; and

4. CPT Group, Inc. is APPROVED as claims administrator and payment of fees to CPT Group, Inc., as set forth in the Settlement Agreement, is APPROVED.

ENTERED on this 24th day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE