United States District Court
Southern District of Texas

**ENTERED**
October 20, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOY CORCIONE, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. G-14-160 |
| | § | |
| METHODIST HOSPITAL, | § | |
| | § | |
| Defendant. | § | |

### ORDER

On June 20, 2016, the court held a fairness hearing regarding the settlement reached in this case. (Docket Entry No. 146). The court approved the settlement. (Docket Entry No. 148). Class counsel has reported that more than 91% of the settlement funds have already been deposited and that he anticipates more funds to be deposited in the coming weeks. The settlement agreement also calls for all unclaimed funds to be deposited in the Texas Unclaimed Property Fund, where it will remain until such class member claims the funds.

The class action administrator, CPT Group, Inc., is hereby authorized to disburse the entire attorney fee approved by the court at the settlement hearing held on June 20, 2016.

SIGNED on October 20, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge